UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DYLAN GUILLOT | CIVIL ACTION NO. 23-1369 |
| | SECTION P |
| VS. | JUDGE TERRY A. DOUGHTY |
| WARDEN WADE, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Dylan Guillot's Motion for Temporary Restraining Order, [Doc. No. 20], and incorporated motion for preliminary injunction is **DENIED**.

MONROE, LOUISIANA, on this 17th day of January 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE