**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DYLAN GUILLOT**                                          **CIVIL ACTION NO. 23-1369**

                                                           **SECTION P**
**VS.**
                                                           **JUDGE TERRY A. DOUGHTY**

**WARDEN WADE, ET AL.**                                    **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been

considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that—excepting Plaintiff Dylan

Guillot's claims that Deputy Morris and Deputy Austin failed to protect him from cutting

himself, that Defendants Alan, Morris, and Austin failed to provide constitutionally adequate

medical care, that Lieutenant Rodgers failed to provide or arrange medical care while Plaintiff

was in a suicide cell, and that Deputy Hoff utilized excessive force—Plaintiff's claims are

**DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief

may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's

requests for injunctive and declaratory relief are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 11th day of March 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE